**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**Southern Division**

| | |
|---|---|
| GCI Outdoor, Inc., | |
| Plaintiff and Counterdefendant, | Civil Action No.: 1:20-cv-00367-PLM-PJG<br>Hon. Paul L. Maloney |
| v. | |
| Wholesale Merchandisers LLC, and<br>Zhejiang Pride Leisure Product, | |
| Defendants and Counterclaimants. | August 19, 2021 |

# PARTIES' JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Case Management Order [ECF No. 17] for the above-captioned matter, the Parties jointly submit the following comprehensive statement on claim construction issues relating to the claims asserted by Plaintiff, GCI Outdoor, Inc. ("GCI Outdoor") as allegedly infringed by Defendants, Wholesale Merchandisers LLC ("Wholesale") and Zhejiang Pride Leisure Product ("Zhejiang") – namely, claims 1-5, 8, 10-11, 13-17 and 19 of the '611 Patent.

## I. Listing of Claims Requiring Construction

In the following claims, the terms and phrases highlighted in **bold** and underlined will require construction by the Court:

1. A collapsible and portable rocking chair comprising:

a chair frame comprising a pair of ***frame side assemblies*** having substantially mirrored construction and being relatively movable with respect to one another between a set-up condition of said chair where ***said frame side assemblies*** are transversely spaced apart from one another and a collapsed condition of said chair where ***said frame side assemblies*** are generally adjacent to one another, ***each frame side assembly*** including a front leg portion and a rear leg portion;

a pair of generally U-shaped cross members pivotally connected to one another for pivotal movement between an open condition wherein said cross members are disposed to generally resemble an X-shaped configuration and a closed condition wherein said cross members are disposed in generally parallel relationship with one another, said cross members collectively defining a seat support when in the open condition;

each cross member having terminal ends thereof pivotally secured to the front leg portion and the rear leg portion of one of the frame side assemblies;

a flexible seat panel mounted between the cross members and defining a generally taut seat when the cross members are in the open condition;

a fulcrum point supporting the chair frame and about which said chair frame can move between forward and rearward positions; and

at least one ***rocker mechanism*** attached to the chair frame for supporting the chair during movement of the chair frame between said forward and rearward positions;

wherein the open and closed conditions of the cross members generally correspond to the set-up and collapsed conditions of the chair.

2. The collapsible and portable rocking chair according to claim 1, wherein ***each frame side assembly*** maintains at least two contact points with the support surface on which ***said frame side assembly*** is set up.

3. The collapsible and portable rocking chair according to claim 1, wherein ***said rocker mechanism*** is attached to the rear of at least one of the ***frame side assemblies***.

4. The collapsible and portable rocking chair according to claim 3, wherein ***said rocker mechanism*** comprises a tubular extension member projecting outwardly and downwardly from the rear of at least one of ***the frame side assemblies*** and received within ***a sleeve*** housing a spring to which the tubular member is attached.

5. The collapsible and portable rocking chair according to claim 4, further comprising a pair of static support runners connected to and supporting ***each frame side assembly*** via the fulcrum point ***associated with*** each ***said frame side assembly***;

wherein ***the sleeve*** of ***the rocker mechanism*** is supported by at least one of said support runners.

8. The collapsible and portable rocking chair according to claim 1, wherein ***the rocker mechanism*** is attached to at least one of the front leg portion and the rear portion of ***each side frame assembly***.

10. The collapsible and portable rocking chair according to claim 1, wherein each cross member includes a front portion, a central front-back portion, and a rear portion, such that the front portions of the pair of cross members are pivotally connected at a front pivot point, the rear portions of the pair of cross members are pivotally connected at a rear pivot point, and the central front-back portions collectively define the seat support of the chair and receive the flexible seat panel therebetween for supported [sic] a seated user.

11. The collapsible and portable rocking chair according to claim 10, further comprising:

a forward support brace connected between the front portion of each cross member and the front leg portion of ***the frame side assembly*** to which the cross member is not pivotally connected at the terminal end thereof; and

a rear support brace connected between the rear portion of each cross member and the rear leg portion of ***said frame side assembly***.

13. The collapsible and portable rocking chair according to claim 1 further comprising a backrest support member connected to ***each frame side assembly***; and

a flexible backrest support panel mounted between said backrest support members and defining a generally taut back support when the chair is in its set-up condition.

14. A collapsible and portable rocking chair comprising:

a chair frame comprising a pair of ***frame side assemblies*** having substantially mirrored construction and being relatively movable with respect to one another between a set-up condition of said chair where ***said frame side assemblies*** are transversely spaced

apart from one another and a collapsed condition of said chair where ***said frame side assemblies*** are generally adjacent to one another, ***each frame side assembly*** including a front leg portion and a rear leg portion;

a fulcrum point supporting ***each frame side assembly*** and about which said chair frame can move between forward and rearward positions whereby the front and rear leg portions move relative to the support surface on which the chair is set up with movement of the chair frame about the fulcrum points;

a pair of generally U-shaped cross members pivotally connected to one another for pivotal movement between an open condition wherein said cross members are disposed to generally resemble an X-shaped configuration and a closed condition wherein said cross members are disposed in generally parallel relationship with one another, said cross members collectively defining a seat support when in the open condition;

each cross member having terminal ends thereof pivotally secured to the front leg portion and the rear leg portion of one of ***the frame side assemblies***;

a flexible seat panel mounted between the cross members and defining a generally taut seat when the cross members are in the open condition;

a first foot ***associated with*** the front leg portion of ***each frame side assembly***;

a second foot ***associated with*** the rear leg portion of ***each frame side assembly***; and

a third foot ***associated with*** the fulcrum point of ***each frame side assembly***;

wherein ***each frame side assembly*** contacts the support surface on which ***said frame assembly*** is set up with at least two of the first, second and third feet at all positions of the chair frame.

15. The collapsible and portable rocking chair according to claim 14, further comprising ***at least one rocker mechanism*** attached to the chair frame for supporting the chair during movement of the chair frame between the forward and rearward positions.

16. The collapsible and portable rocking chair according to claim 15, wherein ***said rocker mechanism*** comprises a tubular extension member projecting outwardly and downwardly from the rear of at least one of ***the frame side assemblies*** and received within ***a sleeve*** housing a spring to which the tubular member is attached.

17. The collapsible and portable rocking chair according to claim 16, further comprising a pair of static support runners connected to and supporting ***each frame side assembly*** via the fulcrum point ***associated with each said frame side assembly***;

wherein ***the sleeve*** of ***the rocker mechanism*** is supported by at least one of said support runners.

19. The collapsible and portable rocking chair according to claim 15, wherein ***the rocker mechanism*** is attached to at least one of the front leg portion and the rear leg portion of ***each side frame assembly***.

## II. Summary of the Parties' Contentions

Regarding each disputed term or phrase, the following identifies the claim terms or phrases that each Party contends should be construed by the Court. At this time, the Parties agree that terms and phrases not specifically identified herein should be construed in accordance with their ordinary and customary meaning.

### A. *Plaintiff's Terms for Construction*

Plaintiff identifies the following terms and phrases and shall brief its construction for each in Plaintiff's opening claim construction brief:

1. "*rocker mechanism*" ('611 Patent, claims 1, 3-5, 8, 15-17, 19); and
2. "*a sleeve*" ('611 Patent, claims 4-5 and 16-17)

Defendants' construction of these terms and phrases shall be provided in their responsive claim construction brief.

### B. *Defendants' Terms for Construction*

Defendants identify the following terms and phrases and shall brief their construction for each in Defendants' opening claim construction brief:

1. "*associated with*" (claims 5, 14, 17)
2. "*frame side assembly*" (claims 1-5 8, 11, 13-14, 16-17, 19)

Plaintiff's construction of these terms and phrases shall be provided in its responsive claim construction brief.

### C. *Stipulated Construction of Claim 10*

The Parties stipulate that claim 10 of the '611 Patent contains a typographical error and the phrase "for supported a seated user" was intended to read "for supporting a seated user" as recited, for example, in column 5, lines 60-62 of the '611 Patent.

The Parties reserve the right to supplement and/or amend this list to the extent additional discussions between the Parties resolve outstanding issues. The Parties will continue to discuss possible resolution of claim construction issues.

Dated: August 19, 2021

Respectfully submitted,

/s/ Wm. Tucker Griffith
Wm. Tucker Griffith
tucker.griffith@lathropgpm.com
**LATHROP GPM LLP**
28 State Street
Boston, MA 02109-1775
Tel.: (857) 300-4044

*Attorneys for Plaintiff GCI Outdoor, Inc.*

/s/ G. Thomas Williams
G. Thomas Williams
gtw@mcgarrybair.com
**McGarry Bair PC**
45 Ottawa Avenue SW, Suite 700
Grand Rapids, MI 49503
Tel: (616) 742-3500

*Attorneys for Defendants Wholesale Merchandisers LLC and Zhejiang Pride Leisure Product*

**Certificate of Service**

I certify that on this 19th day of August 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF System which will send notification of such filing to all attorneys of record.

LATHROP GPM LLP

/s/ Wm. Tucker Griffith
Wm. Tucker Griffith
tucker.griffith@lathropgpm.com
LATHROP GPM LLP
28 State Street
Boston, MA 02109-1775
Tel.: (857) 300-4044

*Attorneys for Plaintiff GCI Outdoor, Inc.*