# EXHIBIT A

US009060611B2

(12) **United States Patent**
**Grace**

(10) **Patent No.:** **US 9,060,611 B2**
(45) **Date of Patent:** **Jun. 23, 2015**

(54) **COLLAPSIBLE AND PORTABLE ROCKING CHAIR**

(71) Applicant: **Daniel R. Grace**, Old Saybrook, CT (US)

(72) Inventor: **Daniel R. Grace**, Old Saybrook, CT (US)

(73) Assignee: **GCI Outdoor, Inc.**, Higganum, CT (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 4 days.

(21) Appl. No.: **14/047,608**

(22) Filed: **Oct. 7, 2013**

(65) **Prior Publication Data**

US 2014/0097647 A1 Apr. 10, 2014

**Related U.S. Application Data**

(60) Provisional application No. 61/710,238, filed on Oct. 5, 2012.

(51) **Int. Cl.**
***A47C 3/02*** (2006.01)
***A47D 13/10*** (2006.01)
***A47C 3/025*** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ................. ***A47C 3/025*** (2013.01); ***A47C 4/283*** (2013.01); *A47D 1/02* (2013.01); *A47D 9/02* (2013.01); *A47D 13/10* (2013.01); *A47C 3/02* (2013.01); *A47D 9/005* (2013.01); ***A47C 3/0255*** (2013.01)

(58) **Field of Classification Search**
CPC ......... A47D 9/02; A47D 9/005; A47D 13/10; A47D 1/02; A47D 13/102; A47C 3/029; A47C 4/286; A47C 3/02
USPC ........... 297/39, 59, 55, 56, 42, 16.1, 19, 16.2, 297/45, 46, 378.1, 32, 258.1, 271.5, 131, 297/259.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,676,074 | A | 7/1928 | Brown |
| 1,856,759 | A | 5/1932 | Grondin |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 2220966 A1 | 8/2010 | |
| JP | 0723833 A | 1/1995 | |

(Continued)

OTHER PUBLICATIONS

International Search Report for PCT/US2013/063721 dated Jan. 9, 2014.

*Primary Examiner* — Chi Q Nguyen
(74) *Attorney, Agent, or Firm* — McCormick, Paulding & Huber, LLP

(57) **ABSTRACT**

A collapsible and portable rocking chair includes left and right frame side assemblies collectively defining forward and rear leg portions, armrests, and back support members. The chair also includes cross-members connecting the left and right frame said assemblies and collectively defining a seat support in the set-up condition of the chair. The cross members are pivotally connected to one another as well as to the left and right frame side assemblies to facilitate folding of the chair frame to a collapsed condition. Each frame side assembly is supported on a fulcrum point for rocking movement of the chair frame. A rocker mechanism is attached to the chair frame to support the chair during rocking movement and to facilitate rocking of the chair in connection with the user's shifting weight. The rocker mechanism may be provided in connection with a front leg member, a rear leg member, or both.

**20 Claims, 7 Drawing Sheets**



(51) **Int. Cl.**

| | |
|---|---|
| ***A47C 4/28*** | (2006.01) |
| *A47D 1/02* | (2006.01) |
| *A47D 9/02* | (2006.01) |
| *A47D 9/00* | (2006.01) |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,882,585 | A | 10/1932 | Hayes | |
| 1,925,246 | A | 9/1933 | Hayes | |
| 2,837,142 | A | 6/1958 | McGuire | |
| 3,114,572 | A * | 12/1963 | Hopkins | 297/33 |
| 4,105,244 | A | 8/1978 | Colby | |
| 5,375,911 | A | 12/1994 | Morrow | |
| 5,873,624 | A | 2/1999 | Simpson | |
| 6,082,813 | A * | 7/2000 | Chen | 297/16.2 |
| 6,398,297 | B1 * | 6/2002 | Cantwell | 297/33 |
| 6,439,656 | B1 * | 8/2002 | Liu | 297/33 |
| 7,100,975 | B1 * | 9/2006 | Zheng | 297/32 |
| 7,918,495 | B2 | 4/2011 | Chen | |
| 2012/0256449 | A1 * | 10/2012 | Chamberlain et al. | 297/16.1 |
| 2013/0026799 | A1 * | 1/2013 | Miller | 297/19 |
| 2014/0138995 | A1 * | 5/2014 | Leib | 297/283.2 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 11318627 | A | 11/1999 |
| JP | 2001061597 | A | 3/2001 |
| WO | 02/17750 | A1 | 3/2002 |

* cited by examiner



FIG. 1
Prior Art


10
30
16
20R
22
28
18
30
80
14
20L
60
22
24
68
28
38
56
68
12
62
32
60
56
68
66
90
56
44
58
26
36c
58
24
54
34
26
36b
36a

FIG. 2


10
16
30
22
18
14
80
40
42
90
56
64
38
24
32
12
82
54
44
26
50
48
52
36a
36b
34
36c
20L

FIG. 3


16
10
30
30
22
22
18
20R
14
68
66
90
20L
12
68
24
56
56
24
44
24
44
32
32
30a
30a

FIG. 4


16
10
22
22
28
28
18
90
20R
20L
38
68
68
38
44
44
64
82
32
56
56
32
36c
36c

FIG. 5




FIG. 6


30
30
10
56
60
22
58
20L
68
64
20R
68
66
38
32
90
28
24
24
62
28
44
54
34
26
36c
34
54
36a
36b

FIG. 7


70
68
71

FIG. 8


130
110
116
122
120L
129
114
112
124
128
155
132
146
144
154
132
146
144

FIG. 9

# COLLAPSIBLE AND PORTABLE ROCKING CHAIR

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Application No. 61/710,238, filed Oct. 5, 2012, which is incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention generally relates to folding chairs, and more particularly relates to improvements in rocking chairs that are foldable and unfoldable between a set-up condition for use and a substantially collapsed condition for transportation and storage.

## BACKGROUND OF THE INVENTION

Popularity of the mini van, the sport utility vehicle and the recreational vehicle has resulted in increased demand for improved collapsible furniture and particularly collapsible portable furniture of the outdoor type which may be readily stowed in a vehicle and conveniently manually transported to a picnic area or the site of a spectator event, such as, for example, an outdoor concert, a sporting event, a golf tournament, or an air show, where the general rule is to bring your own seating accommodations.

Considerable attention has been directed to the provision of improved collapsible furniture for the picnicker, sportsman, hunter, fisherman, hiker, biker and the like. However, the resulting furniture designs and particularly the designs for chairs and seats have usually incorporated some reduction in size, as compared to the full-sized article, with a corresponding reduction in the level of seating comfort. The wooden beach chairs and lawn furniture of an earlier era have generally been replaced by light-weight tubular metal furniture of a more modern design. However, little has been done to optimize the collapsibility and portability of the full-sized article without compromising comfort, which is a goal of the present invention.

Beach and lawn chairs adapted to be folded for transportation and/or storage typically have a frame fabricated from elongated structural members, preferably metal. The frames of such chairs have transversely spaced-apart left-hand and right-hand frame side assemblies that are substantially parallel to each other. In a set-up condition, each frame side assembly has a front leg member extending in a generally vertically upward direction and a rear leg member pivotally connected at its upper end directly or indirectly to an upper end of the front leg member and which is rearwardly and downwardly inclined from the upper end of the front leg member. Such frame side assemblies also include an upwardly extending chair back support member which is pivotally connected at its lower end to the rear leg member intermediate the ends of the rear leg member by an over-the-center linkage that positions the back support member so that it is supported at its lower end on the rear leg member and inclined upwardly and rearwardly therefrom when the chair is unfolded from its closed or flatly folded storage condition to its open or set-up condition for use. Such frame side assemblies also include a seat support member generally supported by the front and rear leg members in a generally horizontal condition when the chair is in its set-up condition.

Conventional beach and lawn chairs of the prior art having the left-hand and right-hand frame side assemblies such as



hereinbefore generally described also commonly have transversely extending rigid connecting members providing fixed connection between the front leg members, the rear leg members, and often the back support members as well. Additional rigidly fixed transverse connecting members may also extend between the structural members that support the seat of such a chair. The aforesaid rigid or non-collapsible transversely extending connecting members are generally horizontally disposed when such a conventional prior art chair is in its set-up condition.

Such prior art chairs provide the convenience of easy fold-up, and are lightweight so as to permit easy transportability. Common uses for such chairs are at the beach or at a picnic where easy set-up and break-down, as well as the ability to carry the chair along with other things, is desirable. Due to the intricate interconnection of all the frame members, both front-to-back and side-to-side, such chairs often require all the legs to remain in contact with the ground to ensure safety and structural integrity of the chair during use. However, there is a desire for a rocking chair that is likewise foldable and portable, so that a user at a picnic or an outdoor event can rock in their chair or recline as desired. Prior art foldable and portable chairs, such as those described above, have not been capable of rocking due to the design and construction of such chairs. Adding components to help the user rock in the chair while seated has often compromised the ability to fold the chair for storage or keep it sufficiently lightweight for easy transportation. Moreover, existing foldable rocking chair design, such as illustrated in FIG. **1**, are typically not suitable for most outdoor uses, especially on soft ground or sand. The limitations of such prior art chairs are mostly due to the use of arched rails to support the chair frame. With such arched rails, each side of the chair only maintains a single contact point with the ground, which on sand or soft ground increases the risk that one or both sides of the chair will sink into or get bogged down, affecting rocking of the chair and, more significantly, affecting the integrity and safety of the chair to support a seated user.

An additional limitation of prior art rocking chairs, such as shown in FIG. **1**, is that they can only be used as a rocking chair, and cannot be stabilized to be used as a normal chair that does not rock.

Other chair designs have been developed that can be folded to a collapsed or bundled state occupying less storage space. For example, some chair designs can be folded in multiple directions, reducing at least the front/back and left/right dimensions between an unfolded set-up condition and a folded, storage condition. However, these chair designs are typically not suitable for certain outdoor uses, such as at the beach or at a picnic. Heretofore, multi-directional foldable chairs have not been capable of rocking due to the complexity of the means of connecting the various frame members constituting the chair frame, as well as the need to keep all the legs of such chairs grounded to ensure safety and integrity of the chair during use.

In view of the foregoing, there is a need for a chair that can be rocked by a seated user when in a set-up condition that can also be collapsed in order to reduce the space occupied by the chair in a folded condition. Further, there is a need for such a chair that can be folded with minimal effort, without limiting or compromising the structural features permitting rocking of the chair. Further, there is a need for a chair that can be rocked by a seated user, as desired, without compromising the folding and transport or the chair, and without affecting the safety and structural integrity of the chair, especially on all types of surfaces, including soft ground and sand. Accordingly, it is a general object of the present invention to provide a foldable

and portable rocking chair design that overcomes the problems and drawbacks associated with folding chairs and rocking chairs, and therefore significantly improves the utility of such a chair in the set-up condition while permitting easy transportation and/or storage in a collapsed condition.

In general, there is a need for a collapsible chair that can be easily folded by a user with minimal effort, and which, when set-up, can be used both as a standard, stabilized chair, or alternately, as a rocker, without the need for the user to change the structure of the chair, in any way.

The present invention addresses these issues, and provides a means to circumvent the associated drawbacks of such prior art foldable chair designs.

## SUMMARY OF THE INVENTION

The present invention is directed to a collapsible and portable rocking chair design especially suitable for use as a beach chair, a lawn chair, and the like, where the chair, in a set-up condition, can be rocked by a seated user, and where the chair can be folded from the set-up condition to a collapsed condition for transportation and/or storage.

In accordance with the present invention, a collapsible and portable rocking chair includes left and right frame side assemblies collectively defining forward and rear leg portions, armrests, and back support members. The chair also includes cross-members connecting the left and right frame said assemblies and collectively defining a seat support in the set-up condition of the chair. The cross members are pivotally connected to one another as well as to the left and right frame side assemblies to facilitate folding of the chair frame to a collapsed condition. In a preferred design, the cross-members each comprise front and rear portions that are pivotally connected about respective central pivot points to generally assume the shape of an X when the chair is in the set-up condition and that are disposed in generally parallel relationship when the chair is folded or collapsed for transportation and/or storage. The chair further includes a seat panel supported by the seat support and a backrest panel supported by the backrest support for collectively accommodating a user seated in the chair.

In preferred embodiments of the rocking chair, each frame side assembly is supported on a fulcrum point for rocking movement of the chair frame. Each side frame assembly preferably utilizes a static runner design wherein each side frame assembly generally maintains two or more contact points with the ground or support surface during use of the chair, either as a normal, fully stabilized chair, or during rocking of the chair back-and-forth. In alternate designs, the runner may be completely replaced by multiple contact points, including at least one fulcrum point on each side frame assembly, again with the chair operating as a normal, fully stabilized chair or as a rocker with two or more contact points with the ground or support surface during use of the chair.

In preferred embodiments of the rocking chair, a rocker mechanism is attached to the chair frame to support the chair during rocking movement and to facilitate rocking of the chair in connection with the user's shifting weight. In one embodiment, the rocker mechanism comprising a tubular extension member projecting outwardly and downwardly from the rear of the frame side assemblies and received within a sleeve housing a compression spring to which the tubular extension member is attached. The lower end of the sleeve is associated with a foot that contacts the ground or support surface for bracing the chair as it is rocking, with the compression spring damping the chair as it rocks backwards and biasing the chair forwards.

In an alternate embodiment of the rocking chair, a rocker mechanism may be provided in connection with a front leg member or forward portion of the frame side assemblies, either in combination with or in lieu of the rear rocker mechanism. In another alternate embodiment, a rocker mechanism may be provided in connection with both the front leg member and a rear leg member on each side of the chair frame, each positioned about a fulcrum point. In still another alternate embodiment, the rocker mechanism comprises a torsion spring operatively associated with the fulcrum point of each frame side assembly.

Accordingly, in a first aspect of the present invention, a collapsible and portable rocking chair comprises a chair frame comprising a pair of frame side assemblies having substantially mirrored construction and being relatively movable with respect to one another between a set-up condition of said chair where said frame side assemblies are transversely spaced apart form one another and a collapsed condition of said chair where said frame side assemblies are generally adjacent to one another. Each frame side assembly includes a front leg portion and a rear leg portion. The chair also includes a pair of generally U-shaped cross members pivotally connected to one another for pivotal movement between an open condition wherein said cross members are disposed to generally resemble an X-shaped configuration and a closed condition wherein said cross members are disposed in generally parallel relationship with one another. The open and closed conditions of the cross members generally correspond to the set-up and collapsed conditions of the chair. Each cross member has its terminal ends pivotally secured to the front and rear leg portions of one of the frame side assemblies, and the cross members collectively define a seat support that receives a flexible seat panel mounted therebetween defining a generally taut seat when the cross members are in the open condition. The chair further comprises a fulcrum point supporting the chair frame and about which said chair frame can move between forward and rearward positions, and at least one rocker mechanism attached to the chair frame for supporting the chair during movement of the chair frame between said forward and rearward positions.

In another aspect of the present invention, a collapsible and portable rocking chair comprises a chair frame comprising a pair of frame side assemblies having substantially mirrored construction and being relatively movable with respect to one another between a set-up condition of said chair where said frame side assemblies are transversely spaced apart form one another and a collapsed condition of said chair where said frame side assemblies are generally adjacent to one another. Each frame side assembly includes a front leg portion and a rear leg portion, and a fulcrum point supporting each frame side assembly and about which the chair frame can move between forward and rearward positions whereby the front and rear leg portions move relative to the support surface on which the chair is set up with movement of the chair frame about the fulcrum points. The chair also includes a pair of generally U-shaped cross members pivotally connected to one another for pivotal movement between an open condition wherein said cross members are disposed to generally resemble an X-shaped configuration and a closed condition wherein said cross members are disposed in generally parallel relationship with one another. Each cross member has its terminal ends pivotally secured to the front and rear leg portions of one of the frame side assemblies, and the cross members collectively define a seat support that receives a flexible seat panel mounted therebetween defining a generally taut seat when the cross members are in the open condition. The chair further includes a first foot associated with the

front leg portions of each frame side assembly, a second foot associated with the rear leg portion of each frame side assembly, and a third foot associated with the fulcrum point of each frame side assembly. Further, each frame side assembly contacts the support surface on which it is set up with at least two of the first, second, and third feet at all positions between the forward and rearward positions of the chair frame.

In another aspect of the present invention, the chair can be used as a normal, stabilized chair in its forward position and will only rock when the user chooses to rock. In this regard, the chair of the present invention is distinct from prior rocking chair designs in which the chair is capable of rocking at all times, often by the slightest shift of the user's weight.

These and other features of the present invention are described with reference to the drawings of preferred embodiments of a collapsible and portable rocking chair. The illustrated embodiments of features of the present invention are intended to illustrate, but not limit the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view of a prior art collapsible and portable rocking chair with the chair in a set-up condition for rocking by a seated user.

FIG. **2** is a perspective view of a collapsible and portable rocking chair in accordance with an embodiment of the present invention, with the chair in a set-up condition, and with the chair in a forward, stabilized position.

FIG. **3** is a planar side view of the rocking chair of FIG. **2**, also in a forward position.

FIG. **4** is a planar front view of the rocking chair of FIG. **2**.

FIG. **5** is a planar rear view of the rocking chair of FIG. **2**.

FIG. **6** is a cross-sectional view of a rocker mechanism for use with the rocking chair of FIG. **2**.

FIG. **7** is a perspective view of the rocking chair of FIG. **2** in a folded condition.

FIG. **8** is a planar view of a support brace that may be used in embodiments of a collapsible and portable rocking chair in accordance with the present invention.

FIG. **9** is a planar side view of an alternate embodiment of a collapsible and portable rocking chair in accordance with the present invention, with the chair in a set-up condition.

## DETAILED DESCRIPTION OF EMBODIMENTS OF THE INVENTION

In the drawings and in the description that follows the present invention is illustrated and described with reference to collapsible and portable rocking chair designs embodying the present invention. A first embodiment of a rocking chair in accordance with the present invention is shown, for example, in FIG. **2** in a set-up condition ready for use and generally designated by reference numeral **10**. The chair **10** includes a frame **12** that carries a generally rectangular seat support panel **14** and a generally rectangular backrest support panel **16**. As illustrated in FIG. **2**, the seat panel **14** and the backrest panel **16** comprise generally flexible panels that are connected by a flexible connector panel **18**, though the panels **14** and **16** can be separate pieces without departing from the spirit and principles of the present invention. The panels **14** and **16** are generally taut when the chair **10** is in its set-up condition for accommodating and supporting a seated user.

In general, the frame **12** is comprised of several frame members rigidly and/or pivotally connected together to define the chair frame **12** and permit folding and collapsing of the frame **12** to a condition suitable for easy transportation and storage. Preferably, the frame members are fabricated from a durable lightweight material such as a tubular metal or high-strength plastic. Various elongated structural parts or members that comprise the chair frame **12** are preferably constructed from tubular material of non-circular cross-section, such as, for example, extruded aluminum tubing having square, oval, or elliptical cross-section, or, alternately, of circular cross-section.

Referring to FIGS. **2-5**, the frame **12** has a pair of side assemblies **20** comprised of frame members and having substantially identical, but mirrored, construction. The left and right frame side assemblies, respectively designated as **20**L and **20**R in FIGS. **4** and **5**, are disposed in laterally or transversely spaced apart and generally parallel relation to each other when the chair **10** is in its set-up condition. In the illustrated embodiment, the side frame assemblies **20**L and **20**R are interconnected to be transversely collapsed, or folded side-to-side, to the folded condition of the chair **10**, generally shown in FIG. **7**. The present invention is easily adaptable for use with chair frame designs that are collapsed in different manners, including but not limited to front-to-back folding generally associated with standard folding chairs. A front-to-back folding chair that incorporates the rocking capability of the present invention is illustrated in FIG. **9**.

Considering now one embodiment of a frame side member assembly **20**, as shown in FIG. **3**, the frame side assembly **20** includes a generally closed frame loop constructed from axially-elongated tubular material that is bent to define an armrest portion **22**, a front leg portion **24**, a lower support portion **26**, and a rear leg portion **28**. As shown, the frame loop extends upwardly from the rear leg portion **28** to define a backrest support member **30** rigidly attached to the closed frame loop. Though illustrated as being formed from a singular tubular member, the frame side assembly **20** may be constructed from multiple tubular members without departing from the spirit and principles of the present invention. For example, the backrest support member **30** may be constructed from a separate axially-elongated tubular material and be attached to the rear leg portion **28** of the frame loop. In alternate embodiments, the backrest support member **30** can be removably attached to each frame side assembly **20** to facilitate set-up and collapse of the chair **10**, as discussed in more detail below. Removal of the backrest support member **30** during collapse can further reduce the storage and transportable size of a collapsed chair **10**.

Further, each portion of the illustrated frame loop can be a separate member, with the various frame members being interconnected by rigid or flexible joints to collectively define the frame side assembly **20**. Still further, the frame side assembly **20** may be constructed from an open design instead of a closed frame loop, including the set-up of a front and rear leg generally associated with standard folding chair designs, such as shown in FIG. **9**, where the frame members are interconnected by rigid, pivotal, sliding and/or telescopic joints to effect easy folding and unfolding of the chair between a set-up and collapsed condition.

Referring to FIGS. **2** and **6**, a rocker mechanism **32** is attached to the rear of the frame loop. As shown, the rocker mechanism **32** extends angularly outwardly and downwardly from the backside of the frame loop—generally at the location where the armrest portion **22**, the rear leg portion **28**, and the backrest support member **30** are connected together—to a support runner **34** for supporting and facilitating a back-and-forth rocking movement of the chair **10** when a seated user wants to rock. In the embodiment illustrated in FIG. **2**, the support runner **34** also supports the lower support portion **26** of the frame side assembly **20** and is generally disposed beneath the rear leg portion **28** of the frame loop. The rocker

mechanism **32** is preferably attached to a static runner design, such as illustrated, that presents a significant improvement over prior art rocking chair designs using arched rails, such as illustrated in FIG. **1**, especially in regards to use on soft ground or sand, on which prior art rocking chair designs are ill suited.

Referring to FIG. **3**, the rocking chair **10** is provided with three feet **36** on each frame side assembly **20**, acting as contact points between the chair **10** and the ground or support surface on which the chair is placed for use. In preferred use of the chair **10**, regardless of embodiment, at least two of these feet **36** or contact points for each frame side assembly **20** are in contact with the ground or support surface on which the chair **10** is resting at all times. In this way, the rocking chair **10** of the present invention is distinct from traditional rocking chair designs (see FIG. **1**), which commonly utilize runners or rails that maintain only one point of contact with the support surface during rocking. By maintaining more than one contact point, the stability and safety of the chair **10** is improved. As illustrated in FIG. **3**, a first foot **36***a* is provided on a forward portion of the frame side assembly **20**, generally beneath the front leg portion **24** of the frame loop. Second and third feet **36***b* and **36***c* are provided at respective ends of the support runner **34**, with the third foot **36***c* generally being beneath the lower end of the rocker mechanism **32** for supporting the brunt of the weight of the user and chair **10** when the chair **10** is rocked backwards. During use of the chair **10**, when the chair **10** is in its forward position, and generally when the chair **10** is not being used to rock, the first and second feet **36***a* and **36***b* can sufficiently support the chair **10**. As shown, the third foot **36***c* also maintains contact with the ground, but is not necessary for supporting the chair **10** when in such a forward position. When the chair **10** is rocked backwards, the first foot **36***a* lifts away from the ground such that the second and third feet **36***b* and **36***c* support the chair **10**.

As noted, the third foot **36***c* generally maintains contact with the support surface regardless of the position of the chair **10**. However, in alternate designs, the third foot **36***c* can be designed to lift off the ground when the chair **10** is in a forward position without departing from the spirit and principles of the present invention.

Referring to FIG. **6**, the rocker mechanism **32** can comprise an axially-elongated tubular member **38** pivotally attached at a first end via a pivot joint **40** and pivot pin **42** to the rear leg portion **28** of the frame loop, and received at a second end within a sleeve **44**. More particularly, the second end is attached to a spring **46** contained within the sleeve **44** and fixed itself at a lower end to the sleeve **44**. The lower end of the sleeve **44** is pivotally connected to the support runner **34** via a universal joint **48** and pivot pins **50** and **52** for movement with the rocking chair **10**. The universal joint **48** permits some flexibility in movement to accommodate seated users of varying sizes and weights without compromising the users' ability to recline and rock in the chair. In an alternate design, the lower end of the sleeve **44** may merely be provided with the third foot **36***c* for direct contact with the support surface in absence of the support runner **34**. In a still further alternate design, the tubular member **38** and sleeve **44** of the rocker mechanism **32** can be designed to move with the rocking movement of the chair **10** such that the lower end of the sleeve **44** (i.e., the third foot **36***c*) lifts off the ground when the chair **10** is in a forward position and contacts the ground as the chair **10** rocks backwards to support the chair **10** in a rearward position.

Again referring to FIG. **6**, a fulcrum **54** is provided on the forward end of the support runner **34** and is pivotally connected to the lower support portion **26** of the frame loop for effecting a pivoting of the frame loop relative to the support runner **34**. This pivoting is what causes the chair **10** to rock. In general, as a seated user shifts her weight backward—for example, by leaning back on the backrest panel **16**—the frame loop pivots backwards on the fulcrum **54**. As the frame loop pivots backward, the tubular member **38** of the rocker mechanism **32** moves with the frame loop, generally in a backwards and downwards direction towards the rear end of the support runner **34**. As the tubular member **38** moves, it slides downwards within the sleeve **44** applying a force on the spring **46**, which dampens the tubular member **38** and prevents the chair **10** from tipping over. The spring **46** further biases the tubular member **38** in the opposite direction—i.e., upwards out of the sleeve **44** and upwards and forwards relative to the rear end of the support runner **34**. This movement of the tubular member **38** (often combined with an associated shift in the seated user's weight) pivots the frame loop forwards on the fulcrum **54**. During such pivoting movement, the rocker mechanism **32** in the illustrated embodiment pivots relative to both the frame loop and the support runner **34** so as to maintain contact with both. As a result, in the illustrated embodiment, the rocker mechanism **32** does not lift off the ground during rocking, which improves safety of the chair **10** by not having parts that someone can get pinched or crushed by—e.g., by getting a foot caught between the chair **10** and the ground or support surface. In alternate designs, the lower end of the rocker mechanism **32** can move with the frame loop and contact the ground or support surface with movement of the chair **10**.

In alternate designs of the chair of the present invention, such as designs that do not use a closed frame loop as shown, the fulcrum **54** can be connected to a rear leg member or at least a horizontal extension thereof, and still assist the rocking movement of the chair in combination with a rocker mechanism **32**, as described above.

The frame members for the frame side assemblies **20**L and **20**R are preferably disposed within generally parallelly extending vertical planes. Referring to FIGS. **2** and **4**-**5**, the frame side assemblies **20** are connected together by generally U-shaped cross-members **56**, each pivotally attached to the front and rear leg portions **24** and **28** of an associated frame side assembly **20**, as well as to each other for pivotal movement between set-up and collapsed conditions of the chair **10**. More particularly, each cross member **56** comprises a front portion **58**, a central front-back portion **60**, and a rear portion **62**. The front portion **58** is pivotally connected to the front leg portion **24** of a respective frame side assembly **20**. Likewise, the rear portion **62** is pivotally connected to the rear leg portion **28** of the same frame side assembly **20**. The central front-back extending portion **60** of each cross-member **56** extends between the front and rear portions **58** and **62**, and defines a seat support member for the chair **10**. Indeed, as illustrated in FIG. **2**, the seat panel **14** extends between these seat support portions of the cross-members **56** during a set-up condition of the chair **10** to define the seat of the chair **10**.

As can be seen, the rear portions **62** of the cross-members **56** are connected between respective rear leg portions **28** of the chair frame **12**, and generally form a pivotable rear X-frame connected at a central pivot point **64**, which opens into the shape of an "X" when the chair **10** is opened to the set-up condition, as shown in FIG. **2**, and which collapses when the chair **10** is folded up, as shown in FIG. **7**. Similarly, the front portions **58** of the cross-members **56** are connected between respective front leg portions **24** of the chair frame **12**, and likewise form a pivotable front X-frame connected at a central pivot point **66**, which also opens into the shape of an "X" when the chair **10** is opened to the set-up condition, and

which collapses when the chair **10** is folded up. Accordingly, the frame side assemblies **20**L and **20**R are joined each to the other, to enable, in part, transverse, or left-right, folding of the frame **12**, by the pair of movable X-frame connector assemblies **56** formed by the pivotable interconnection of the cross-members **56**. That is, when the chair **10** is being collapsed, the cross members **56** are pivoted to close the X-frame so that the cross-members **56** are flattened and brought adjacent to one another. As the cross-members **56** are flattened, the frame side assemblies **20**L and **20**R are brought inward and adjacent to one another as well.

The cross members **56** also provide support for the chair frame **12** in the open, set-up condition by balancing and redistributing the forces exerted on the chair frame **12** by a person seated on the seat panel **14** and leaning back on the backrest panel **16**. As shown in FIGS. **2** and **4**-**5**, the cross-members **56** can be further secured to the frame **12** by using support braces **68** pivotally connected between a cross-member **56** and the frame loop. For example, referring to FIGS. **4** and **5**, the terminal lower end of the front portion **58** of one cross member **56** is pivotally connected to the front leg portion **24** of one of the frame side assemblies (e.g., **20**L), and the terminal lower end of the rear portion **62** of the cross member **56** is pivotally connected to the rear leg portion **28** of the same frame side assembly **20**, typically at a lower portion of said leg portions **24** and **28**. The terminal lower ends of the front and rear portions **58** and **62** of the other cross member **56** are similarly pivotally connected to the front and rear leg portions **24** and **26** of the other frame side assembly (e.g., **20**R). The upper ends of the front and rear portions **58** and **62** of each cross member **56** are connected to respective front and rear leg portions of the opposite frame side assembly **20** via the support braces **68**. More particularly, each support brace **68** has a first pivot opening connected to a cross member **56** and a second pivot opening connected to a frame side assembly **20**. As the cross members **56** are pivoted about the central pivot points connecting them together (i.e., front central pivot point **66** and rear central pivot point **64**, respectively illustrated in FIGS. **4** and **5**), they pull the frame side assemblies **20**L and **20**R together via the support braces **68**. When the chair **10** is in its set-up condition, the cross-members **56** are in an open X-shaped configuration, and rest on the support braces **68**, as illustrated in FIGS. **4** and **5**, which limit further opening of the cross members **56** while distributing the weight of the seated user through the frame **12**. As discussed further with respect to FIG. **8**, the second pivot opening can take the form of an L-shaped slot that facilitates opening and closing of the chair **10**.

The chair frame **12** is generally adapted to rest on a generally horizontally oriented supporting surface, such as a floor or the ground, in a set-up condition. The chair **12** is generally stabilized on the supporting surface by the first, second and third feet **36***a*, **36***b* and **36***c*, respectively. In a forward position of the chair **10**, the chair **10** acts as a normal, fully stabilized chair, and is supported by at least the first foot **36***a* and the second foot **36***b*, even if the user is leaning on the backrest panel **16**. If the user desires to rock in the chair **10**, the user can shift her weight backwards, for example, by leaning and pushing backwards on the backrest panel **16**, which will cause pivoting of the frame loops of the frame side assemblies **20** relative to the fulcrums **54** on each support runner **34**. As the chair **10** pivots backwards, the first foot **36***a* lifts off the ground, but the chair **10** remains stabilized by the second and third feet **36***b* and **36***c* maintaining contact with the support surface. As the chair **10** pivots forwards, the first foot **36***a* moves into contact with the support surface.



In the set-up condition, the flexible seat panel **14** defines a generally taut chair seat support and the flexible backrest panel **16** defines a generally taut chair back support, for collectively accommodating an upright, seated chair occupant. The seat panel **14** and the backrest panel **16** are secured to portions of the chair frame **12** that help define and provide the seat support and the back support for the occupant. As shown, the backrest support members **30** are preferably mounted relative to the rear leg portions **28** to extend upward therefrom. In alternate embodiments of the chair, the backrest support members **30** can be removed from the frame loops during collapsing and storage of the chair, or in further alternate embodiments, foldable to a position adjacent to either the armrest portions **22** or the rear leg portions **28** during collapsed of the chair. Additionally, the backrest panel **16** can be removed from the chair frame **12**—either from the backrest support members **30** or with said members **30**—to provide some slack to the backrest panel **16**. This helps improve the facility and safety with which the chair is set-up and collapsed, as it is generally known in the art for chairs with cross-members of the type shown and described herein that there is a great stress on the frame side assemblies **20** when moving the cross members **56** to the set-up condition of the chair **10**.

More particularly, as the cross members **56** are moved from a relaxed state—where they are disposed adjacent to one another (FIG. **7**)—to a set-up state—where they generally form an X-shape with one another (FIG. **2**)—the arc in the side-to-side direction of the cross members **56** forces the upper ends of each frame side assembly to bow outward—essentially creating a trapezoidal arrangement in the chair frame **12**. This action causes the upper end of the frame side assemblies **20**, and more particularly, the backrest support members **30** to push outwardly. Where the backrest panel **16** is connected to the backrest support members **30**, the panel material is stressed and provides resistance to the bowing motion of the chair frame **12**. As this resistance increases, opening and closing of the chair **10** may be difficult for certain users. The increased tension on the cross members **56** also increases the risk of the user pinching herself during set-up and breakdown of the chair **10**. Further, the increased tension on the cross-members could damage the backrest panel **16**, warp the chair frame **12**, or place unwanted stress on the joints and pivot pins of the chair frame **12**.

An additional solution to the increased tension created in a chair having a design in accordance with the present invention is to provide a slot, and more particularly an L-shaped slot **70**, on at least one of the support braces **68** connecting the cross members **56** to the frame side assemblies **20**. As shown more particularly in FIG. **8**, a support brace **68** includes a first pivot hole **71** on one end pivotally connected to a cross member **56** and the L-shaped slot **70** on the opposite end pivotally connected to a frame side assembly **20**. Both connections are effected by a rivet or pivot pin. By using the support brace illustrated in FIG. **8**, the bowing forces and the lateral motion normally imparted into the frame side assemblies **20** is accommodated by the longitudinal dimension of the slot **70**. The lateral dimension of the slot **70** acts to lock the seat support in an open, set-up condition—especially when the weight of the seated user is applied to the chair **10**. In normal designs of such chairs, when weight is applied to the chair, the seat panel **14** tends to flex and pull the cross members **56** inwardly. The L-shaped slot **70** prevents this action and as a result works to maintain a desired comfort level for the chair **10** when being used to support a seated user.

Alternate designs for the side frame assemblies and the leg portions thereof can be used without departing from the focus

of the present invention. For example, as illustrated in the embodiment of FIG. **2**, the frame assemblies **20**L and **20**R are formed by a closed frame loop mounted on a fulcrum point **54** of a support runner **34**. A collapsible and portable rocking chair in accordance with the present invention can also utilize an open frame construction whereby the side frame assemblies are formed of interconnected frame members to define independent front and rear legs. In such alternate designs, the frame is still connected to a fulcrum pivot point that facilitates rocking of the chair back and forth—for example, the rear legs, or extensions thereof, can be mounted to a fulcrum point. As noted above, in such alternate designs, each side frame assembly, regardless of construction, maintains at least two contact points with the support surface to ensure sufficient safety and structural integrity during use of the chair.

Additionally, the rocker mechanism **32** can take a variety of forms without departing from the spirit and principles of the present invention. As shown in FIG. **6**, the rocker mechanism **32** comprises a compression spring **46** disposed within a sleeve **44** receiving a tubular member **38** extending from the rear of each frame side member assembly **20**. In alternate designs, this rocker mechanism **32** can be replaced by torsion springs provided on the lower portion of each frame side member assembly—for example, at the fulcrum point of each frame assembly on a support runner. Further, the rear rocker mechanism design can be replaced by a front rocker mechanism design, namely, a compression spring utilized in connection with the design of the front legs of the chair. Still further, combinations of springs may be used, for example, compression springs provided on both the front legs of the chair, as well as on a rearwardly projecting member to prevent the chair from tipping over as it is rocked backwards.

An alternate embodiment of a collapsible and portable rocking chair in accordance with the present invention is illustrated in FIG. **9** and generally designated by reference numeral **110**. Here, the chair frame **112** utilizes an open frame construction generally associated with standard folding chairs. Indeed, the chair **110** shown in FIG. **9** is adapted for front-to-back collapsing, unlike the chair **10** shown in FIG. **2**, which collapses in a side-to-side manner. As shown, the chair frame **112** comprises left-hand and right-hand side frame assemblies **120** of substantially identical, but mirrored, construction. Each side frame assembly **120** includes an armrest **122**, a front leg **124**, a rear leg **128**, a seat support member **129**, and a backrest support member **130**, all interconnected by pivotal connections that facilitate folding of the chair **110** between a set-up condition, as shown, and a folded condition. Each side frame assembly **120** further includes a fulcrum point **154** provided on a frame member **155** extending from an intermediate point on the rear leg **128** to the ground or support surface on which the set-up chair **110** rests. As shown, the fulcrum member **155** has a fulcrum pivot point **154** on its lowermost end that contacts the ground surface and aids rocking of the chair **110**.

Referring again to FIG. **9**, each of the front and rear legs **124** and **128** includes a built in rocker mechanism **132**. As illustrated, each leg member includes a sleeve **144** or tube that receives the lower-most end of a respective leg member **124** or **128**. The leg member **124** or **128** rests atop a spring **146** disposed within the sleeve **144**. During rocking movement of the chair **110**, the leg member **124** or **128** presses down on the spring **146**, which dampens the force of the chair frame **112** pressing down on the spring **146**, while also biasing the leg member **124** or **128** in the return direction. With such a rocker mechanism **132** provided on the front and rear legs **124** and **128**, the mechanisms **132** work in combination for a fluid rocking motion. That is, when a seated user leans back in the chair **110**, the rear legs **128** slide within the respective sleeves **144**, allowing the chair frame **112** to recline while pressing down on the springs **146** within the sleeves **144**. The springs **146** dampen the rearward force of the chair **110** while biasing the rear legs **128** upwardly, and as a result, the chair **110** in a forward direction. In accordance with a normal rocking motion, when the user's weight shifts forward, the chair frame **112** likewise moves forward. The rear legs **128** slide up from within their respective sleeves **144** and removes the force on the rear springs **146**. At the same time, the front legs **124** slide within their respective sleeves **144**, allowing the chair frame **112** to move forward, while pressing down on the springs **146** contained within the sleeves **144**. The springs **146** dampen the rearward force of the chair **110** while biasing the front legs **124** upwardly, and as a result, the chair **110** in a rearward direction. In accordance with a normal rocking motion, when the user's weight shifts backward, the chair frame **112** likewise moves backward. The front legs **124** slide up from within their respective sleeves **144** and removes the force on the front springs **146**. As so designed, the sleeves **144** on each of the front and rear legs **124** and **128** maintain contact with the ground surface at all times during use of the chair **110**.

In alternate designs of the chair shown in FIG. **9**, a rocker mechanism **132** can be provide on the front leg or the rear leg without departing from the intended operation of the chair **112** as a rocking chair.

Referring again to the design illustrated in FIG. **2**, when the chair **10** is folded up for transportation and/or storage, the user simply presses inwardly on each side of the frame **12**, which causes the cross-members **56** to pivot relative to each other about their front and back pivot connections **66** and **64** from the X-shape associated with the set-up condition of the chair **10** to positions whereby the cross-members **56** are generally parallelly disposed relative to each other, as shown in FIG. **7**. As the cross-members **56** pivot relative to one another about the central pivot points, the frame side assemblies **20**L and **20**R move together within their parallel planes to form the flat collapsed condition of the chair **10**. To set-up the chair **10**, the user simply pulls outwardly on each frame side assembly **20**L and **20**R until the cross-members **56** pivot to the desired X-shaped conditions. Alternatively, the user can separate the cross members **56** and push them outwardly until the chair frame **12** snaps into its set-up condition.

In an alternate approach for collapsing the chair **10** shown in FIG. **2**, the seat panel **14** is provide with a handle **80** on one or both sides of the frame **12**. Generally, the handle **80** is aligned with the central front-back sections **60** of the cross members **56** that define with width of the chair seat. Such handles **80** may also act as carrying handles for the fully collapsed chair **10**. To fold up the chair **10**, the user pulls up on one of the handles **80** mounted to the seat while simultaneously holding firmly on the armrest portion **22** of the frame side assembly **20** adjacent to the handle **80** when the chair **10** is in the set-up condition. When tautness and rigidity of the seat panel **14** is desired or required for comfortable use of the chair **10**, folding of the chair **10** in a standard way—i.e., by pressing on the chair frame members to effect folding and collapsing of the chair frame **12**—may be difficult. Use of a handle, such as handle **80** described above, makes the folding process less difficult.

For the chair **110** design illustrated in FIG. **9**, the user can fold the chair **110** for transportation and/or storage by pressing on a seat support member **129** and/or a backrest support member **130** to push the members towards each other. This causes the chair frame **112** to collapse in a front-to-back manner, resulting in a flat, collapsed chair **110**.

Additionally or alternatively, a transportation handle **82** can be provide on the rear portion **62** of one of the cross members **56**. When the chair **10** is collapsed, such a handle **82** can be used to carry the folded chair **10** from place to place.

The portable and collapsible rocker chair in accordance with the present invention can also be fitted with additional features to improve upon their intended use as a portable chair. For example, a cup holder **90**, as illustrated in FIG. **2**, can be attached to the chair frame **12** without affecting the chair's ability to rock or be easily collapsed to a compacted bundle for transportation and/or storage.

In accordance with preferred embodiments of the present invention, the seat and backrest panels **14** and **16** may be made from fabric or other suitable flexible, durable and weather resistant sheet material. In accordance with preferable designs of the chair, the panels **14** and **16** are flexible to accommodate the seated user, thereby improving the comfort level of the chair. In the set-up condition of the chair, the seat panel **14** and the backrest panel **16** extend between the side assemblies **20** and are generally taut for supporting a seated user. When the chair is collapsed to a folded condition, such as shown in FIG. **7**, the panels **14** and **16** become flaccid and fold within the collapsed condition of the chair. Thus, the design of the present invention can be used with chairs of varying heights, such as an event chair (shorter leg length) or stool (longer leg length) without affecting operation and use of the chair in accordance with the present invention. The seat panel **14** preferably provides a 17-inch seat height for the chair when in a set-up condition for use. The backrest panel **16** preferably provides a high profile capable of supporting the user's upper back, neck and head, though various dimensions for the backrest panel **16** may be used without affecting operation of the chair in accordance with the present invention.

In alternate designs, the seat and backrest panels **14** and **16** can be rigid and collapsible with the chair frame **12**. For example, the panels **14** and **16** can be formed from plastic panels that hinge in half when the chair **10** is folded, but which snap into a solid panel when the chair **10** is set-up.

The foregoing description of embodiments of the invention has been presented for the purpose of illustration and description. It is not intended to be exhaustive or to limit the invention to the form disclosed. Obvious modifications and variations are possible in light of the above disclosure. The embodiments described were chosen to best illustrate the principles of the invention and practical applications thereof to enable one of ordinary skill in the art to utilize the invention in various embodiments and with various modifications as suited to the particular use contemplated.

What I claim is:

**1**. A collapsible and portable rocking chair comprising:

a chair frame comprising a pair of frame side assemblies having substantially mirrored construction and being relatively movable with respect to one another between a set-up condition of said chair where said frame side assemblies are transversely spaced apart from one another and a collapsed condition of said chair where said frame side assemblies are generally adjacent to one another, each frame side assembly including a front leg portion and a rear leg portion;

a pair of generally U-shaped cross members pivotally connected to one another for pivotal movement between an open condition wherein said cross members are disposed to generally resemble an X-shaped configuration and a closed condition wherein said cross members are disposed in generally parallel relationship with one another, said cross members collectively defining a seat support when in the open condition,

each cross member having terminal ends thereof pivotally secured to the front leg portion and the rear leg portion of one of the frame side assemblies;

a flexible seat panel mounted between the cross members and defining a generally taut seat when the cross members are in the open condition;

a fulcrum point supporting the chair frame and about which said chair frame can move between forward and rearward positions; and

at least one rocker mechanism attached to the chair frame for supporting the chair during movement of the chair frame between said forward and rearward positions;

wherein the open and closed conditions of the cross members generally correspond to the set-up and collapsed conditions of the chair.

**2**. The collapsible and portable rocking chair according to claim **1**, wherein each frame side assembly maintains at least two contact points with the support surface on which said frame side assembly is set up.

**3**. The collapsible and portable rocking chair according to claim **1**, wherein said rocker mechanism is attached to the rear of at least one of the frame side assemblies.

**4**. The collapsible and portable rocking chair according to claim **3**, wherein said rocker mechanism comprises a tubular extension member projecting outwardly and downwardly from the rear of at least one of the frame side assemblies and received within a sleeve housing a spring to which the tubular member is attached.

**5**. The collapsible and portable rocking chair according to claim **4**, further comprising a pair of static support runners connected to and supporting each frame side assembly via the fulcrum point associated with each said frame side assembly;

wherein the sleeve of the rocker mechanism is supported by at least one of said support runners.

**6**. The collapsible and portable rocking chair according to claim **1**, wherein the rocker mechanism comprises a tubular extension member projecting outwardly and downwardly from the rear of each of the frame side assemblies and received within a respective sleeve pivotally mounted to a respective support runner, each sleeve housing a compression spring to which the respective tubular member is attached.

**7**. The collapsible and portable rocking chair according to claim **6**, said support runner associated with each frame side assembly further defining first and second longitudinally spaced apart contact points; and

said chair further comprising a third contact point associated with the lower end of the front leg portion of each frame side assembly;

wherein each frame side assembly contacts the support surface on which said frame side assembly is set up with at least two of the first, second and third contact points at all rocking positions of the chair.

**8**. The collapsible and portable rocking chair according to claim **1**,

wherein the rocker mechanism is attached to at least one of the front leg portion and

the rear leg portion of each side frame assembly.

**9**. The collapsible and portable rocking chair according to claim **8**, wherein the front leg portion includes a tubular front leg member and the rear leg portion includes a tubular rear leg member; and

wherein the rocker mechanism comprises a sleeve associated with at least one of the front leg member and the rear leg member, said sleeve further housing a spring to which said leg member is connected.

**10**. The collapsible and portable rocking chair according to claim **1**, wherein each cross member includes a front portion, a central front-back portion, and a rear portion, such that the front portions of the pair of cross members are pivotally connected at a front pivot point, the rear portions of the pair of cross members are pivotally connected at a rear pivot point, and the central front-back portions collectively define the seat support of the chair and receive the flexible seat panel therebetween for supported a seated user.

**11**. The collapsible and portable rocking chair according to claim **10**, further comprising:

a forward support brace connected between the front portion of each cross member and the front leg portion of the frame side assembly to which the cross member is not pivotally connected at the terminal end thereof; and

a rear support brace connected between the rear portion of each cross member and the rear leg portion of said frame side assembly.

**12**. The collapsible and portable rocking chair according to claim **11**, wherein at least one of the support braces includes an L-shaped slot that interacts with a pivot pin connecting said at least one support brace with one of the frame side assemblies.

**13**. The collapsible and portable rocking chair according to claim **1** further comprising a backrest support member connected to each frame side assembly; and a flexible backrest support panel mounted between said backrest support members and defining a generally taut back support when the chair is in its set-up condition.

**14**. A collapsible and portable rocking chair comprising:

a chair frame comprising a pair of frame side assemblies having substantially mirrored construction and being relatively movable with respect to one another between a set-up condition of said chair where said frame side assemblies are transversely spaced apart from one another and a collapsed condition of said chair where said frame side assemblies are generally adjacent to one another, each frame side assembly including a front leg portion and a rear leg portion;

a fulcrum point supporting each frame side assembly and about which said chair frame can move between forward and rearward positions whereby the front and rear leg portions move relative to the support surface on which the chair is set up with movement of the chair frame about the fulcrum points;

a pair of generally U-shaped cross members pivotally connected to one another for pivotal movement between an open condition wherein said cross members are disposed to generally resemble an X-shaped configuration and a closed condition wherein said cross members are disposed in generally parallel relationship with one another, said cross members collectively defining a seat support when in the open condition,

each cross member having terminal ends thereof pivotally secured to the front leg portion and the rear leg portion of one of the frame side assemblies;

a flexible seat panel mounted between the cross members and defining a generally taut seat when the cross members are in the open condition;

a first foot associated with the front leg portion of each frame side assembly;

a second foot associated with the rear leg portion of each frame side assembly; and

a third foot associated with the fulcrum point of each frame side assembly;

wherein each frame side assembly contacts the support surface on which said frame side assembly is set up with at least two of the first, second and third feet at all positions between the forward and rearward positions of the chair frame.

**15**. The collapsible and portable rocking chair according to claim **14**, further comprising at least one rocker mechanism attached to the chair frame for supporting the chair during movement of the chair frame between the forward and rearward positions.

**16**. The collapsible and portable rocking chair according to claim **15**, wherein said rocker mechanism comprises a tubular extension member projecting outwardly and downwardly from the rear of at least one of the frame side assemblies and received within a sleeve housing a spring to which the tubular member is attached.

**17**. The collapsible and portable rocking chair according to claim **16**, further comprising a pair of static support runners connected to and supporting each frame side assembly via the fulcrum point associated with each said frame side assembly;

wherein the sleeve of the rocker mechanism is supported by at least one of said support runners.

**18**. The collapsible and portable rocking chair according to claim **15**, wherein the rocker mechanism comprises a tubular extension member projecting outwardly and downwardly from the rear of each of the frame side assemblies and received within a respective sleeve pivotally mounted to a respective support runner connected to and supporting each frame side assembly via the fulcrum point associated with each said frame side assembly, each sleeve housing a compression spring to which the respective tubular member is attached.

**19**. The collapsible and portable rocking chair according to claim **15**, wherein the rocker mechanism is attached to at least one of the front leg portion and the rear leg portion of each side frame assembly.

**20**. The collapsible and portable rocking chair according to claim **19**, wherein the front leg portion includes a tubular front leg member and the rear leg portion includes a tubular rear leg member; and

wherein the rocker mechanism comprises a sleeve associated with at least one of the front leg member and the rear leg member, said sleeve further housing a spring to which said leg member is connected.

* * * * *